A091 (Rev. 8/01) Criminal Complaint

United States Courts
Southern District of Texas
FILED

MAY 11 2018

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
**Jorge CAMPOS-Agreda**

**CRIMINAL COMPLAINT**

Case Number: C-18-803 M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 10, 2018** in **Brooks** County, in the
(Date)
Southern District of Texas defendant, **Jorge CAMPOS-Agreda** a native and citizen of **El Salvador**, and an alien who had been previously deported from the United States was found unlawfully within the United States in **Brooks** County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for application for readmission into the United States,

in violation of Title **8** United States Code, Section(s) **1326**.
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following Facts:
Official Title

On May 10, 2018, Jorge CAMPOS-Agreda was encountered by Border Patrol Agents walking in the brush on the Cages Ranch near Falfurrias, Texas. Agents determined CAMPOS to be a citizen and national of El Salvador without any immigration documents that would allow him to enter or remain in the United States legally. Record checks revealed CAMPOS was ordered removed from the United States by a designated official on December 17, 2016 and was physically removed from the United States to El Salvador on March 16, 2017 via Port Isabel, Texas. CAMPOS stated he last entered the United States illegally on or about May 8, 2018 near Hidalgo, Texas. At this time, there is no evidence to indicate CAMPOS applied for re-admission into the United States by the United States Attorney General or the Secretary of the Department of Homeland Security. RGV North Prosecutions presented the facts to AUSA Julie Hampton who accepted prosecution for 8 USC 1326, Re-entry after Deportation.

Sworn to before me and signed in my presence, and probable cause found on:

**May 11, 2018**
Date
**Jason B. Libby   U.S. Magistrate Judge**
Name and Title of Judicial Officer

**Julien James**
Printed Name of Complainant

at **Corpus Christi, Texas**
City and State

Signature of Judicial Officer