UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v | § | CRIMINAL NO. C-18-396 |
| | § | |
| JORGE CAMPOS-AGREDA | § | |

ORDER DISMISSING INFORMATION

It is hereby ORDERED that the above-entitled and numbered Information be **DISMISSED** as to Defendant, JORGE CAMPOS-AGREDA. Defendant has pled guilty to Criminal Case No. C-18-1275M.

It is further ORDERED that the Clerk of the United States District Court deliver a certified copy of this Order to the United States Marshal for the Southern District of Texas.

SIGNED, this _____ day of ___6/18/18___, 2018.

UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT